1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DENNIS S. WAKS, Bar #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JUAN CARLOS GUTIERREZ DEL TORRE
6

7
                  IN THE UNITED STATES DISTRICT COURT
8
              FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

UNITED STATES OF AMERICA,          )  NO. CR.S. 10-0064-MCE
11                                 )
                    Plaintiff,     )  **STIPULATION AND ORDER RE:**
12                                 )  **CONTINUANCE OF STATUS HEARING AND**
             v.                    )  **FINDINGS OF EXCLUDABLE TIME**
13                                 )
JUAN CARLOS GUTIERREZ DEL          )  DATE:   December 2, 2010
14 TORRE,                          )  TIME:   9:00 a.m.
                                   )  JUDGE:  Hon. Morrison C. England Jr.
15                  Defendant.     )
                                   )
16 _____

17      JUAN CARLOS GUTIERREZ DEL TORRE, by and through his counsel,

18 DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United

19 States Government, by and through its counsel, MICHELE BECKWITH,

20 Assistant United States Attorney, hereby agree that the status

21 conference set for November 10, 2010, be continued to a status

22 conference on December 2, 2010, at 9:00 a.m.  This continuance is

23 requested because counsel for the defendant requires additional time to

24 obtain and review discovery, review the Pre-Plea Advisory Guideline

25 Presentence Investigation Report, continue our investigation, and to

26 interview our client and other possible witnesses.

27 ///

28 ///

 1      Counsel, along with the defendant agree that the time from the

 2 date of this order through December 2, 2010, should be excluded in

 3 computing the time within which trial must commence under the Speedy

 4 Trial Act, §§3161(h)(7)(A)and(B)(iv) and Local Code T4. [reasonable

 5 time to prepare].

 6 DATED: November 9, 2010          Respectfully submitted,

 7                                  DANIEL J. BRODERICK
                                    Federal Defender
 8
                                    /S/ Dennis S. Waks
 9                                  DENNIS S. WAKS
                                    Supervising Assistant Federal Defender
10                                  Attorney for Defendant
                                    JUAN CARLOS GUTIERREZ DEL TORRE
11

12 DATE: November 9, 2010           BENJAMIN B. WAGNER
                                    United States Attorney
13

14                                  /S/ Dennis S. Waks for
                                    MICHELE BECKWITH
15                                  Assistant United States Attorney

16

17                                  **O R D E R**

18

19
   IT IS SO ORDERED.
20

21  Dated: November 12, 2010

22

23                                  _____
                                    MORRISON C. ENGLAND, JR.
24                                  UNITED STATES DISTRICT JUDGE

25

26

27

28

                                      2